UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6046

UNITED STATES OF AMERICA,

Defendant - Appellee,

versus

DONALD LEE STOTLER,

Plaintiff - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Frederick, P. Stamp, Jr., Chief District Judge. (CR-92-67, CA-94-186)

Submitted:  October 29, 1996      Decided:  November 15, 1996

Before HALL, NIEMEYER, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Lee Stotler, Appellant Pro Se.  Samuel Gerald Nazzaro, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for relief under 28 U.S.C. § 2255 (1994), amended by Anti-terrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Stotler, Nos. CR-92-67; CA-94-186 (N.D.W. Va. Nov. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2